**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:        Timothy Pletta v. ORO AII Commerce, LLC d/b/a Commerce Park Apartments

Appellate case number:     01-19-00966-CV

Trial court case number:    1129067-101

Trial court:                     County Civil Court at Law No. 1 of Harris County

Date motion filed:            February 23, 2022

Party filing motion:          Appellant Timothy Pletta


It is ordered that the motion for rehearing is **denied**.


Judge's signature:   _/s/  April L. Farris_____
                            Acting for the Court

Panel consists of Justices Kelly, Guerra, and Farris.


Date: _March 8, 2022_